In the Matter of WILLIAM J. RONAN et al., Petitioners, v. LEO BROWN, Individually and as Justice of the Supreme Court of the State of New York, County of Queens, et al., Respondents.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.